IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:
DEMETRIUS & DORETHA RODGERS, SR.  : Bk. Case No: 10-12890BLS
Debtors.  : Chapter 13

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Fed. Bankr. Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** PRP II PALS INVESTMENTS TRUST      **Court claim No.** 010

**Last four digits** of any number used to identify the debtor's account:      1373

| **Final Cure Amount** | |
|---|---|
| | **Amount of Prepetition Mortgage Arrearage** $22,676.57 |
| | Amount Paid by Trustee $22,676.57 |
| All post-petition mortgage payments, as supplemented, are current. | |

| **Monthly ongoing Mortgage Payment** | | |
|---|---|---|
| Mortgage is paid directly by the debtor | Yes X | No __ |
| Within 21 days of the service of this Notice the debtor must file Local Form 104 | | |

Within 21 days of the service of this Notice, the creditor must file and serve on the debtor, debtor's counsel and the trustee, a statement as required under Fed. Bankr. Rule 3002.1(g), indicating whether it agrees that the debtor has paid in full the amount required to cure the default and whether, consistent with Sec. 1322(b)(5) the debtor is otherwise current on all payments. The statement should itemize the required cure or postpetition amounts, if any, that the holder contends remain unpaid as of the date of the statement.

Dated: 03-21-16

/s/ Michael B. Joseph
Michael B. Joseph, Esquire
824 N. Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Chapter 13 Trustee

## TRUSTEE'S CERTIFICATE OF SERVICE

I, Michael B. Joseph, Esquire, Chapter 13 Trustee of the within estate, do hereby certify that on this 21st day of March, 2016, I caused one copy of the within Notice of Final Cure Payment and Completion of Plan Payments to be served by United States Mail, Postage Prepaid, to the following:

DEMETRIUS & DORETHA RODGERS, SR.
302 ELIZABETH STREET
MIDDLETOWN, DE  19709

LACY E. HOLLY, III ESQUIRE
603 MAIN STREET
P.O. BOX 700
ODESSA, DE 19730-0700

PRP II PALS INVESTMENTS TRUST
c/o STATEBRIDGE COMPANY, LLC
5680 GREENWOOD PLAZA BLVD, SUITE 100S
GREENWODD VILLAGE, CO 80111

/s/ Michael B. Joseph
Michael B. Joseph, Esquire
824 N. Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Chapter 13 Trustee