IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

DEMETRIUS RODGERS, SR.
DORETHA RODGERS
Debtors.

: Bk. Case No: 10-12890 (BLS)
:
:
: Chapter 13

### INTERIM ACCOUNT OF CHAPTER 13 TRUSTEE, DECLARATION OF FULL PERFORMANCE, AND REQUEST FOR DISCHARGE OF DEBTORS AND ENTRY OF ORDER DEEMING ANY MORTGAGE CURRENT

Michael B. Joseph, Esquire, Chapter 13 Trustee, respectfully represents as follows:

1. Attached hereto as "Exhibit A" and by this reference made a part hereof, is an Interim Account of Michael B. Joseph, Chapter 13 Trustee (the "Interim Account").

2. Upon information and belief the Interim Account accurately reflects an accounting of all funds received and disbursed by the Chapter 13 Trustee.

3. According to the Interim Account, and to the best information of the Chapter 13 Trustee, the Debtors have performed their obligations under the Plan, and have, if applicable, fully performed as required to cure all prepetition mortgage arrears, paid all mortgage payments, fees, charges, assessments, and escrows, due through, and including, the date of this Interim Account (the "mortgage claim"), and are entitled to a Discharge.

4. The Chapter 13 Trustee therefore requests the Court, after appropriate notice, enter an Order deeming the Debtors current on all applicable mortgage claims as of the date of this Interim Account.

5. Pursuant to 11 U.S.C. Section 1328(a)(1) the Debtors shall not be discharged from applicable mortgage claims, if any, due after the date of this Interim Account.

6. Upon acknowledgment that all cancelled disbursement checks have cleared the Bank the Chapter 13 Trustee will file a Final Report.

WHEREFORE, Michael B. Joseph, Esquire, Chapter 13 Trustee, respectfully requests that the Court notice the consummation of the Chapter 13 Plan and grant a Discharge to the Debtors as may be appropriate, and enter an Order deeming any existing mortgages current as of the date of this Report.

/s/ Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

                                      : Bk. Case No: 10-12890 (BLS)
    DEMETRIUS RODGERS, SR.    :
    DORETHA RODGERS             :
    Debtors.                                : Chapter 13

## **O R D E R**

**AND NOW,** this _____ day of _____, 201\_\_, after appropriate notice and hearing of the Chapter 13 Trustee's Interim Account, Declaration of Full Performance, and Request for Discharge of Debtors and Entry of Order Deeming any Mortgage Current,

**IT IS ORDERED,** that the Interim Account is approved and the Debtors are entitled to a Discharge; and

**IT IS FURTHER ORDERED,** that the Debtors are deemed current on all applicable mortgage claims as of the date of the Interim Account; and

**IT IS FURTHER ORDERED,** that pursuant to 11 U.S.C. Sec. 1328(a)(1) the Debtors shall not be discharged from applicable mortgage claims if any due after the date of the Interim Account.

_____

United States Bankruptcy Judge

TRUSTEE'S CERTIFICATE OF SERVICE

I, Michael B. Joseph, Esquire, Chapter 13 Trustee of the within estate, do hereby certify that on this , I caused one copy of the within Interim Report to be served by United States Mail, Postage Prepaid, to the following:

DEMETRIUS & DORETHA RODGERS, SR.
302 ELIZABETH STREET
MIDDLETOWN, DE  19709
Debtor(s)

LACY E. HOLLY, III ESQUIRE
603 MAIN STREET
P.O. BOX 700
ODESSA, DE 19730-0700
Attorney for Debtor(s)

/s/ Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Chapter 13 Trustee

# United States Bankruptcy Court
## FOR THE
## DISTRICT OF DELAWARE

IN RE: DEMETRIUS & DORETHA RODGERS, SR.
      302 ELIZABETH STREET           Case No.: 10-12890 BLS-13
      MIDDLETOWN, DE  19709

## INTERIM REPORT
DATED: May 11, 2016
COMPLETE(HOLD TO CLEAR)

Pursuant to Federal Rule of Bankruptcy Procedure 2015 (c), your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.  A summary of these detailed records is set forth below:

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of the creditors. $39294.70

| CLAIM NUMBER | CREDITOR'S NAME | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| 001 | NEW CASTLE COUNTY/LAW | DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CITIMORTGAGE INC. | AMENDED CLAIM | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CITIMORTGAGE, INC | PREPETITION MORTGAGE ARREA | 8143.00 | 8143.00 | 0.00 | 0.00 |
| 002 | CITIMORTGAGE, INC | WITHDRAWN CLAIM | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | PRA RECEIVABLES MGMT. | UNSECURED | 1122.88 | 203.97 | 0.00 | 0.00 |
| 004 | AMERICAN INFOSOURCE LP | UNSECURED | 1115.30 | 202.59 | 0.00 | 0.00 |
| 005 | QUANTUM3 GROUP | UNSECURED | 1149.94 | 208.88 | 0.00 | 0.00 |
| 006 | PYOD LLC | UNSECURED | 6696.53 | 1216.41 | 0.00 | 0.00 |
| 007 | PYOD LLC | UNSECURED | 10631.56 | 1931.20 | 0.00 | 0.00 |
| 008 | BANKRUPTCY INSURANCE SOLUTIONS | PRIORITY | 1147.41 | 1147.41 | 0.00 | 0.00 |
| 009 | CITIMORTGAGE, INC | WITHDRAWN CLAIM | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PRP II PALS INVESTMENTS TRUST | PREPETITION MORTGAGE ARREA | 22676.57 | 22676.57 | 0.00 | 0.00 |
| 100 | FINGERHUT CORPORATION | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| REFUND CLOSED CASE | 1240.06 |
| UNSECURED | 3763.05 |
| PRIORITY | 1147.41 |
| TRUSTEE COMMISSION | 2324.61 |
| PREPETITION MORTGAGE ARREARS | 30819.57 |
| TOTAL DISBURSEMENTS | 39294.70 |

ATTORNEY       : LACY E. HOLLY, III ESQUIRE
DATE FILED     : 09-15-10
DATE CONFIRMED : 12-20-10
DATE TERMINATED :

                                                /s/ Michael B. Joseph
                                                         TRUSTEE